# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael McKee,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                             3:05-cv-452-1

Eddie Cathey,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/15/05 Order.

**Signed: November 15, 2005**

Frank G. Johns, Clerk
United States District Court